**E-Filed 9/1/2009**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| MYRNA TAYAG,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMERICAN PROPERTY MORTGAGE AND REALTY, INC., a business entity, form unknown; LEHMAN BROTHERS, FSB, a business entity, form unknown; AURORA LOAN SERVICES INC., a business entity, form unknown; FIDELITY NATIONAL TITLE, a business entity, form unknown; QUALITY LOAN SERVICE CORPORATION, a business entity, form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC,. a business entity, form unknown; and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No. CV 09-00498 JF<br>The Honorable Jeremy Fogel<br><br>[PROPOSED] ORDER GRANTING REQUEST TO EXCUSE PERSONAL ATTENDANCE OF LEAD TRIAL COUNSEL AT CASE MANAGEMENT CONFERENCE<br><br>Complaint Filed: January 20, 2009<br>Trial Date: None |

**GOOD CAUSE APPEARING**, the Court orders that Michael Wall, co-counsel on the above entitled case, can personally attend the September 4, 2009 case management conference in lieu of lead trial counsel, Justin Balser.

**IT IS SO ORDERED.**

{DN008481;1}　　　　　　　　　　　　　1　　　　　　　　　　　　　Case No. CV 09-00498 JF

[PROPOSED] ORDER GRANTING REQUEST TO EXCUSE PERSONAL ATTENDANCE OF LEAD TRIAL COUNSEL AT CASE MANAGEMENT CONFERENCE


Sept. 1
Dated: ~~August 31~~, 2009



United States District Court Judge

{DN008481;1}   2   Case No. CV 09-00498 JF

**[PROPOSED] ORDER GRANTING REQUEST TO EXCUSE PERSONAL ATTENDANCE OF LEAD TRIAL COUNSEL AT CASE MANAGEMENT CONFERENCE**

## PROOF OF SERVICE BY E-MAIL OR ELECTRONIC TRANSMISSION

STATE OF COLORADO, COUNTY OF DENVER

I am employed in the County of Denver, State of Colorado; I am over the age of 18 years and not a party to this action. My business address is 511 Sixteenth Street, Suite 420, Denver, Colorado 80202.

On August 31, 2009, I served the following document(s) described as:

**[PROPOSED] ORDER GRANTING REQUEST TO EXCUSE PERSONAL ATTENDANCE OF LEAD TRIAL COUNSEL AT CASE MANAGEMENT CONFERENCE**

Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below:

| | |
|---|---|
| Reuben L. Nocos, Esq.<br>Nocos Law Firm<br>1900 S. Norfolk Street<br>Suite 350<br>San Mateo, CA 94403<br>Email: rlnocos@nocoslaw.com<br>*Attorney for Plaintiff* | Charles E. Bell, JR., Esq.<br>McCarthy and Holthus, LLP<br>1770 Fourth Avenue<br>San Diego, CA 92101<br>*Attorney for Defendant Quality Loan Service Corporation* |

I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on August 31, 2009, at Denver, Colorado.

*/s/ Toni Domres*
Toni Domres