**E-Filed 10/7/09**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MYRNA TAYAG,<br><br>              Plaintiff,<br><br>   v.<br><br>AMERICAN PROPERTY MORTGAGE AND REALTY, INC., a business entity, form unknown; LEHMAN BROTHERS, FSB, a business entity, form unknown; AURORA LOANS SERVICES, INC., a business entity, form unknown; FIDELITY NATIONAL TITLE, a business entity, form unknown; QUALITY LOAN SERVICE CORPORATION, a business entity, form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a business entity, form unknown; and DOES 1 through 25, inclusive,<br><br>              Defendants. | Case Number C 09-00498 JF (PVT)<br><br>**ORDER[1] DISMISSING ACTION WITH PREJUDICE**<br><br>Re. docket no. 23 |

Plaintiff Myrna Tayag ("Plaintiff") brought the instant action pursuant to provisions of

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 09-00498 JF (PVT)
ORDER DISMISSING ACTION WITH PREJUDICE
(JFLC3)

1  California state law. She alleges that Defendants American Property Mortgage and Realty Inc.
2  ("American"); Aurora Bank (formerly known as Lehman Brothers Bank, FSB (erroneously
3  named and sued as Lehman Brothers, FSB)) ("Aurora Bank"); Aurora Loan Services LLC
4  ("Aurora Loan"); Fidelity National Title ("Fidelity"); Quality Loan Service Corporation
5  ("Quality"); Mortgage Electronic Registration Systems ("Mortgage Electronic"); and Does 1
6  through 25 "have engaged in and continue to engage in a pattern of unlawful, fraudulent, or
7  unfair predatory real estate lending practices." (First Am. Compl. ("FAC") ¶ 16.)

8       On May 18, 2009, Plaintiff filed a Chapter 7 bankruptcy petition in the United States
9  Bankruptcy Court for the Northern District of California. This Court takes judicial notice both of
10 that filing and of the fact that United States Bankruptcy Judge Arthur S. Weissbrodt granted
11 Plaintiff a discharge on August 18, 2009, thereby closing Plaintiff's bankruptcy case. As argued
12 by Aurora Bank and Aurora Loan in their filing dated June 23, 2009, Plaintiff no longer has
13 standing to pursue the instant case in her own right. As the Ninth Circuit has held, "the
14 bankruptcy code endows the bankruptcy trustee with the *exclusive* right to sue on behalf of the
15 estate." *Estate of Spirtos v. One San Bernardino County Superior Court Case Numbered SPR*
16 *02211*, 443 F.3d 1172, 1176 (9th Cir. 2006).

17      Plaintiff filed for bankruptcy after the initiation of this action. By operation of law "all
18 legal or equitable interests of the debtor in property as of" the filing of her petition became
19 property of the bankruptcy estate. 11 U.S.C. § 541(a)(1) (2009). "Property" as defined in §
20 541(a)(1) includes legal claims for relief. *See, e.g.*, *United States v. Whiting Pools, Inc.*, 462 US.
21 198, 204-05 n.9 (1983). Because Plaintiff lacks standing to proceed on her own behalf, and
22 because the trustee of Plaintiff's bankruptcy estate has not abandoned the claims that are property
23 of the estate, this Court will dismiss the instant action with prejudice.

24 **IT IS SO ORDERED.**
25
26 DATED: 10/7/09
27
28                                           JEREMY FOGEL
                                          United States District Judge

Case No. C 09-00498 JF (PVT)
ORDER DISMISSING ACTION WITH PREJUDICE
(JFLC3)

1 | This Order has been served upon the following persons:

2 | Bridget McLaughlin Moss     bridget.moss@akerman.com

3

4 | David C. Scott     dscott@mccarthyholthus.com, dscott@mccarthyholthus.com

5 | Justin Donald Balser     justin.balser@akerman.com, elizabeth.streible@akerman.com, kristine.elliott@akerman.com, luke.sosnicki@akerman.com, stephanie.jefferson@akerman.com,

6 | toni.domres@akerman.com, victoria.edwards@akerman.com

7 | Matthew Edward Podmenik     lrodriguez@mccarthyholthus.com

8

9 | Reuben Lagbao Nocos     rlnocos@nocoslaw.com

3

Case No. C 09-00498 JF (PVT)
ORDER DISMISSING ACTION WITH PREJUDICE
(JFLC3)