**E-Filed 10/7/09**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MYRNA TAYAG,<br><br>             Plaintiff,<br><br>       v.<br><br>AMERICAN PROPERTY MORTGAGE AND REALTY, INC., a business entity, form unknown; LEHMAN BROTHERS, FSB, a business entity, form unknown; AURORA LOANS SERVICES, INC., a business entity, form unknown; FIDELITY NATIONAL TITLE, a business entity, form unknown; QUALITY LOAN SERVICE CORPORATION, a business entity, form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a business entity, form unknown; and DOES 1 through 25, inclusive,<br><br>             Defendants. | Case Number C 09-00498 JF (PVT)<br><br>**JUDGMENT**[1] |

Plaintiff's First Amended Complaint having been dismissed without prejudice on October 7, 2009, for lack of standing,

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 09-00498 JF (PVT)
ORDER DISMISSING ACTION WITH PREJUDICE
(JFLC3)

1   IT IS ORDERED AND ADJUDGED that judgment be entered for Defendants and
against Plaintiff.

**IT IS SO ORDERED.**

DATED: 10/7/09

_____
JEREMY FOGEL
United States District Judge

2

Case No. C 09-00498 JF (PVT)
ORDER DISMISSING ACTION WITH PREJUDICE
(JFLC3)

1  This Order has been served upon the following persons:

2  Bridget McLaughlin Moss     bridget.moss@akerman.com

3
   David C. Scott     dscott@mccarthyholthus.com, dscott@mccarthyholthus.com
4

5  Justin Donald Balser     justin.balser@akerman.com, elizabeth.streible@akerman.com, kristine.elliott@akerman.com, luke.sosnicki@akerman.com, stephanie.jefferson@akerman.com,
6  toni.domres@akerman.com, victoria.edwards@akerman.com

7
   Matthew Edward Podmenik     lrodriguez@mccarthyholthus.com
8

9  Reuben Lagbao Nocos     rlnocos@nocoslaw.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 09-00498 JF (PVT)
ORDER DISMISSING ACTION WITH PREJUDICE
(JFLC3)